# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00179-CV

**In re Bobby Dale Barina**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  See Tex. R. App. P. 52.8(a).

_____

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Filed:   May 1, 2008